IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| CARLA LEVETT DAVIS, | ) |
| Plaintiff, | ) |
| vs. | ) 6:11-CV-3919-KOB-PWG |
| WALKER COUNTY JAIL, et al., | ) |
| Defendants. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 24, 2013, recommending that the court grant the defendants' motion for summary judgment and dismiss this action with prejudice. (Doc. 27). No party filed any objections.

The court has reviewed and considered *de novo* all the materials in the court file, including the magistrate judge's report and recommendation. The court ADOPTS the magistrate judge's report and ACCEPTS his recommendation that the court grant the defendants' motion for summary judgment because the plaintiff failed to properly exhaust her administrative remedies prior to filing this action. The court EXPRESSLY FINDS that no genuine issues of material fact exist and that the defendants are entitled to judgment as a matter of law because plaintiff failed to exhaust administrative remedies.

Accordingly, the court finds that the defendants' motion for summary judgment is due to be GRANTED and that this action is due to be DISMISSED WITHOUT PREJUDICE.

The court will enter a separate Order in conformity with this Memorandum Opinion.

DONE and ORDERED this 30th day of December, 2013.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE